**DISMISS and Opinion Filed June 14, 2024**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00294-CV**

**RACHEL SHUNK, Appellant**
**V.**
**VIRGINIA ROBINSON, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-08771**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Carlyle

On May 7, 2024, we sent a letter to the parties questioning our jurisdiction over this appeal because it appears the judgment being challenged is not final. We directed appellant to file a letter brief addressing our jurisdictional concern no later than May 20, 2024. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief nor further corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b), (c).


/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

240294F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RACHEL SHUNK, Appellant

No. 05-24-00294-CV      V.

VIRGINIA ROBINSON, Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-23-08771. Opinion delivered by Justice Carlyle. Justices Partida-Kipness and Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered June 14, 2024